IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | No. C-07-02169 EDL |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| AMERICAWIDE INC., | |
| Defendant. | |

According to the docket in this case, summons on Defendants were returned executed with answers due in June 2007, and no answers were filed. Since that time, Plaintiff has not actively pursued this case. Accordingly, a status conference will be held in this case on January 15, 2008 at 3:00 p.m. Plaintiff shall file a statement no later than January 8, 2008 explaining the status of this case.

**IT IS SO ORDERED.**

Dated: December 14, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge