IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

v.

AMERICAWIDE INC.,

    Defendant.

No. C-07-02169 EDL

**ORDER TO SHOW CAUSE**

Plaintiff filed his complaint on April 19, 2007. On July 24, 2007, during the initial Case Management Conference, the Court ordered Plaintiff to file the proofs of service showing service of the summons and complaint on Defendants. The docket shows an entry on July 27, 2007 from Plaintiff entitled "Summons Returned Executed by John Brosnan" purporting to show service on May 16, 2007 on all Defendants. After that date, Plaintiff failed to pursue this matter. On December 14, 2007, the Court issued an order setting a status conference for January 15, 2008 at 3:00 p.m. and requiring a status conference statement to be filed no later than January 8, 2008. Plaintiff failed to file the status conference statement and failed to appear at the status conference, or to inform the Court prior to the start of the status conference that he would not be appearing.

Accordingly, Plaintiff is ordered to show cause as to why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The show cause hearing is scheduled for January 22, 2008 at 3:00 p.m. in Courtroom E, 15th Floor, 450 Golden Gate

//

//

//

Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 16, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge