IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | No. C-07-02169 EDL |
| Plaintiff, | **ORDER FOR REASSIGNMENT** |
| v. | |
| AMERICAWIDE INC., | |
| Defendant. | |

In view of the Report and Recommendation dated January 23, 2008, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: January 23, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge