1
2
3
4
5      IN THE UNITED STATES DISTRICT COURT

6      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8      JOHN BROSNAN,                                          No. C 07-02169 SI

9              Plaintiff,                                      **ORDER TO SHOW CAUSE WHY
                                                               COURT SHOULD NOT ADOPT REPORT
10     v.                                                      AND RECOMMENDATION OF
                                                               MAGISTRATE JUDGE RE: DISMISSAL**
11     AMERICAWIDE, INC., et al.,

12             Defendants.
                                                 /
13

14             Plaintiff filed this complaint on April 19, 2007.  According to the report and recommendation

15     issued by Magistrate Judge Laporte, plaintiff failed to pursue his case from July 27, 2007, through

16     December 29, 2007.  Plaintiff then failed to appear at a status conference on January 15, 2008, and failed

17     to respond to an order to show cause filed on January 16, 2008.  Accordingly, Judge Laporte

18     recommended that the Court dismiss the case for failure to prosecute.

19             This Court has reviewed the file de novo, and accordingly ORDERS PLAINTIFF TO SHOW

20     CAUSE, IN WRITING FILED NO LATER THAN FEBRUARY 15, 2008, why this Court should not

21     adopt the report and recommendation and dismiss this action for failure to prosecute.  Should plaintiff

22     fail to file an adequate and timely response, this action will be dismissed without prejudice for failure

23     to prosecute.

24             **IT IS SO ORDERED.**

25

26     Dated: February 4, 2008

                                                               SUSAN ILLSTON
27                                                             United States District Judge

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28