IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | No. C 07-02169 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| v. | |
| AMERICAWIDE INC., | |
| Defendant. / | |

Plaintiff filed this complaint on April 19, 2007. According to the January 24, 2008 report and recommendation issued by Magistrate Judge Laporte, plaintiff failed to pursue his case from July 27, 2007, through December 29, 2007. Plaintiff then failed to appear at a status conference on January 15, 2008, and failed to respond to an order to show cause filed on January 16, 2008. Accordingly, Judge Laporte recommended that the Court dismiss the case for failure to prosecute.

On February 4, 2008, this Court issued an order to show cause why the case should not be dismissed for failure to prosecute. On February 14, 2008, plaintiff filed a response stating that he intended to prosecute this case, and that he was in the process of gathering evidence to prove damages. At a March 7, 2008 case management conference, the Court set a deadline of March 21, 2008 for plaintiff to file a motion for default judgment, with a hearing on the motion scheduled for April 25, 2008. Plaintiff did not file a motion for default judgment, and did not appear on the day of the hearing.[1]

---

[1] Instead, on the morning of the hearing plaintiff contacted the Court's courtroom deputy to inquire whether he could address the Court by telephone. As plaintiff failed to file a motion for default judgment and failed to appear in person, the Court did not hold a hearing.

Plaintiff has repeatedly failed to prosecute this case.  Accordingly, this Court ORDERS PLAINTIFF TO SHOW CAUSE, IN WRITING FILED NO LATER THAN MAY 7, 2008, why this Court should not dismiss this action for failure to prosecute.  Should plaintiff fail to file an adequate and timely response, this action will be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 28, 2008

SUSAN ILLSTON
United States District Judge