IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

      Plaintiff,

v.

AMERICAWIDE INC., et al.,

      Defendants.

No. C 07-02169 SI

**JUDGMENT**

This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: May 22, 2008

SUSAN ILLSTON
United States District Judge